Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>TANGIBLE IP,<br><br>Defendant. | Case No. 2:26-mc-0047-JNW<br><br>Pending in: The United States District Court for the Eastern District of Texas – No. 4:25-cv-00230.<br><br>**TANGIBLE IP'S AND WAPP'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Civil Rules for the Western District of Washington, Defendant Tangible IP, LLC, by and through its undersigned counsel, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. The only owner of Tangible IP LLC is Louis Carbonneau.

Pursuant to those same rules, Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp"), by and through their undersigned counsel, state that they have no parent corporation and that no publicly held corporation owns 10% or more of their stock. The only partner of Wapp Tech Limited Partnership is Donavan Poulin.



SUSMAN GODFREY L.L.P.
401 Union St, Suite 3000
Seattle, WA 98101-3000 |Tel: (206) 516-3880

Dated: August 18, 2026

Respectfully submitted,

By: /s/ Alexander W. Aiken

Alexander W. Aiken (WSBA No. 55988)
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
aaiken@susmangodfrey.com

*Attorney for Tangible IP, Wapp Tech Corp., and Wapp Tech Ltd. Partnership*

Blaine A. Larson
Texas State Bar No. 24083360
blarson@hpcllp.com
Carlos I. Ruiz
Texas State Bar No. 24110614
cruiz@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
609 Main St., Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

*Attorneys for Wapp Tech Corp. and Wapp Tech Ltd. Partnership*